JS-6

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation; | Case Number: CV 15-7486-GW(Ex) |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION FOR DISMISSAL** |
| CITI TRENDS, INC., a Delaware Corporation; PERKO, LLC, a California Limited Liability Company; G STAGE LOVE.COM, INC., a California Corporation; RHAPSODIELLE, INC., a Nevada Corporation; and DOES 1-10, inclusive; | Honorable George H. Wu |
| Defendants. | |

///

///

///

///

[Proposed] Order Re: Stipulation for Dismissal

# ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Court shall retain jurisdiction over the case through October 31, 2016 to ensure compliance with settlement agreement.

Dated: June 8, 2016

_____
The Honorable George H. Wu
United States District Judge